IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LINDA. McCANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1012 MLB |
| | ) | |
| JO ANNE BARNHART, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING ATTORNEY'S FEES**
**UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)**

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $2,884.00 and expenses in the amount of $2.50. The parties also agree, and the Court finds, that Plaintiff should be reimbursed for costs of $150.00 from the Judgment Fund administered by the Treasury Department.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted fees and expenses under the EAJA in the amount of **$2,886.50.**

IT IS ALSO ORDERED THAT Plaintiff is awarded costs of **$150.00** to be paid from the Judgment Fund administered by the Treasury Department.

IT IS SO ORDERED.

Dated this 25th day of October 2005.

s/Monti Belot

MONTI L. BELOT
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
LINDA MCCANN V. SSA
CIVIL ACTION NO. 05-1012-MLB
ORDER GRANTING ATTORNEY'S FEES UNDER EQUAL ACCESS TO JUSTICE ACT

APPROVED BY:


**s/Kyle Saunders**
Kyle Saunders, Ks. S. Ct. # 28415
Saunders & Saunders
P.O. Box 1605
Ada, OK 74820
Phone: (405) 436-5330
Fax: (405) 332-2272

Attorney for Plaintiff



ERIC F. MELGREN
United States Attorney


**s/Robin B. Moore**
Robin B. Moore, Ks. S. Ct. #10440
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, KS 67202
Tel: (316) 269-6481
Fax: (316) 269-6484

Attorneys for the United States